IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KRUZER, LLC     PLAINTIFF/
COUNTER-DEFENDANT

V.     CAUSE NO. 1:08-CV-206-A-D

EAGLE I.R.O.C., EAGLE RIDGE
INTERNATIONAL, INC., B. CALVIN
LEVERETT, LAVERNE LEVERETT,
JOHN DOES 1-10, and
XYZ CORPORATIONS 1-10     DEFENDANTS/
COUNTER-PLAINTIFFS

## AGREED FINAL JUDGMENT AND
## ORDER OF DISMISSAL, WITH PREJUDICE

Before the Court is the joint *ore tenus* motion to dismiss all claims and/or counterclaims asserted by the parties herein, and after having duly considered said joint *ore tenus* motion to dismiss and having been advised that the parties hereto have reached a mutually acceptable resolution of all claims and counterclaims asserted in this cause, the Court is of the opinion that said motion is well taken and should be granted. It is, therefore,

ORDERED AND ADJUDGED AS FOLLOWS:

A. The Complaint (and any amendment thereto) filed by and on behalf of Plaintiff Kruzer, LLC is hereby dismissed, with prejudice;

B. The Counter-Claim (and any amendment thereto) filed by and on behalf of Eagle I.R.O.C., Eagle Ridge International, Inc., B. Calvin Leverett, and/or LaVerne Leverett is hereby dismissed, with prejudice; and

C. All parties shall bear their own costs and fees. This case is hereby closed.

DATED THIS the 6th day of August 2010.

*Sharion Aycock*
UNITED STATES DISTRICT COURT JUDGE
SHARION AYCOCK

**AGREED TO AS TO FORM AND CONTENT:**

_____
L. Bradley Dillard, Esq.
Counsel for Kruzer, LLC

_____
Kari L. Sutherland, Esq.
Counsel for Eagle I.R.O.C.,
Eagle Ridge International, Inc.,
B. Calvin Leverett, and Laverne Leverett